```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05612
    FERDINAND C ARCANGEL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9845

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/29/2007 and was confirmed 05/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/16/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED            500.00            .00          109.41
BAYVIEW LOAN SERVICING    MORTGAGE ARRE     3855.28            .00         3855.28
BAYVIEW LOAN SERVICING    CURRENT MORTG        .00             .00             .00
CODILIS & ASSOCIATES      NOTICE ONLY     NOT FILED            .00             .00
GMAC MORTGAGE             CURRENT MORTG        .00             .00             .00
GMAC MORTGAGE             MORTGAGE ARRE    12736.04            .00         3911.62
HEAVNER SCOTT BEYERS & M  NOTICE ONLY     NOT FILED            .00             .00
INDYMAC BANK              CURRENT MORTG        .00             .00             .00
INDYMAC BANK              MORTGAGE ARRE     5377.05            .00         5377.05
SCHOTTLER & ASSOCIATES    PRIORITY        NOT FILED            .00             .00
FLERISSA V ARCANGEL       NOTICE ONLY     NOT FILED            .00             .00
FLERISSA V ARCANGEL       NOTICE ONLY     NOT FILED            .00             .00
FLERISSA V ARCANGEL       NOTICE ONLY     NOT FILED            .00             .00
FLERISSA V ARCANGEL       NOTICE ONLY     NOT FILED            .00             .00
FLERISSA V ARCANGEL       NOTICE ONLY     NOT FILED            .00             .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED            .00             .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY      1,200.00                        1,200.00
TOM VAUGHN                TRUSTEE                                          1,001.64
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              15,455.00

PRIORITY                                         .00
SECURED                                    13,253.36
UNSECURED                                        .00
ADMINISTRATIVE                              1,200.00
TRUSTEE COMPENSATION                        1,001.64
DEBTOR REFUND                                    .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05612 FERDINAND C ARCANGEL
```

```
                                  ---------------    ---------------
TOTALS                                  15,455.00          15,455.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 07/22/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```